JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Stewart,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>SheMedia, LLC,<br><br>　　　　　　Defendant. | Case No. 2:22-cv-01215-RGK-JPR<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS PURSUANT TO FRCP 41(a)(1)(A)(ii) [19]** |

　　　Having read and considered the Stipulated Notice of Voluntary Dismissal, filed by Plaintiff Michael Stewart and Defendant SheMedia, LLC, IT IS HEREBY ORDERED THAT, this action is DISMISSED WITH PREJUDICE in its entirety, with each party bearing his or its own costs, expenses and attorney's fees incurred in the prosecution or defense of their respective claims and defenses.

　　　All dates and deadlines are vacated.  The clerk shall close this case.

IT IS SO ORDERED.

DATED: July 11, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　*Gary Klausner*
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Hon. R. Gary Klausner
　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge